**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No.: 4:07-CR-062-SPM

LENARDO GLEN WADE,

    Defendant.

_____/

## GRANTING CONTINUANCE OF SENTENCING

PENDING NOW before the Court is the Defendant's Motion for Continuance of his sentencing hearing (doc. 48). The Defendant is scheduled to be sentenced on April 21, 2008. He represents that he is cooperating with the Government and requests more time for the Government to assess Defendant's information. The Government does not oppose the granting of this motion Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1.    The Defendant's Motion for Continuance (doc. 48) is **granted**.

2.    The Defendant's sentencing hearing will now commence on **Tuesday, May 27, 2008**.

SO ORDERED this fifteenth day of April, 2008.

                                                *s/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                United States District Judge